# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

K. MWASI,                                              No. 2:15-CV-2685-CMK-P

       Plaintiff,

   vs.                                                        ORDER

SACRAMENTO PRISON, et al.,

       Defendants.

_____/

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 12) to file an amended complaint. Good cause appearing therefor, the request is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order. Plaintiff is warned that failure to file an amended complaint within the time provided may result in dismissal of this action. See Local Rule 110.

       IT IS SO ORDERED.

 DATED:  June 5, 2017

                               _____

                               **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE