# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI, | No. 2:15-CV-2685-TLN-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SACRAMENTO PRISON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's fourth motion for an extension of time (Doc. 27) to file objections to the court's March 22, 2018, findings and recommendations.

On February 10, 2017, the court dismissed plaintiff's complaint and directed plaintiff to file a first amended complaint within 30 days. Plaintiff was granted three extensions of that deadline. <u>See</u> Docs. 13 (June 6, 2017, order), 15 (October 11, 2018, order), and 17 (January 12, 2018,). By March 22, 2018, plaintiff had failed to comply and the court issued findings and recommendations that this action be dismissed pursuant to Eastern District of California Local Rule 110 for lack of prosecution and failure to comply with court rules and orders. <u>See</u> Doc. 18 (March 22, 2018, findings and recommendations).

/ / /

/ / /

1

Rather than file a first amended complaint or otherwise respond to the findings and recommendations by explaining why he was unable to comply, plaintiff sought and was granted numerous extensions of time to object to the findings and recommendations.  See Docs. 20 (April 23, 2018, order), 22 (June 18, 2018, order), and 26 (September 6, 2018, order).  Plaintiff has not shown good cause for a fourth extension of time.  Plaintiff's first amended complaint was due in March 2017 and plaintiff has failed to demonstrate why he has been unable to file a first amended complaint in the more than a year and a half since.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (Doc. 27) is denied.

Dated: October 24, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE